IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JESUS RIVERO**,

**Plaintiff,**

v.

**WENDY J. ROAL, WARDEN,**

**Defendant.**

No. 12-0132-DRH

## ORDER

**HERNDON, Chief Judge:**

On February 14, 2012, Jesus Rivero, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). Rivero, an inmate housed at USP-Marion, challenges prison disciplinary proceedings that resulted in a deprivation of 40 days of good conduct time, 60 days of disciplinary segregation and a recommendation for disciplinary transfer. Magistrate Judge Philip M. Frazier appointed counsel for Rivero and held an evidentiary hearing on July 29, 2013. Pending before the Court is a Report and Recommendation ('the Report") submitted by Magistrate Judge Frazier pursuant to 28 U.S.C. § 636(b)(1)(B) on October 2, 2013 (Doc. 40). Judge Frazier recommends that the Court deny Rivero's 28 U.S.C. § 2241 petition for habeas corpus.

The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" by October 21, 2013. To date, none of the parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).

Thus, the Court **ADOPTS** the Report in its entirety (Doc. 40). The Court **DENIES** and **DISMISSES with prejudice** petitioner's writ of habeas corpus. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 30th day of October, 2013.

David R. Herndon
2013.10.30
06:52:29
-05'00'

**Chief Judge
United States District Court**