IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JESUS RIVERO,

    Petitioner,

  -vs-

WENDY J. ROAL, *warden*,

    Respondent.                        No. 12-cv-132-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on October 30, 2013, the Report and Recommendation of Magistrate Judge Philip M. Frazier is adopted in its entirety. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DENIED** and **DISMISSED** with prejudice.

                                                 NANCY J. ROSENSTENGEL,
                                                 CLERK OF COURT

                                      BY:   *s/Sara Jennings*
                                                Deputy Clerk

**DATED:** October 30, 2013

                           David R. Herndon
                           2013.10.30
                           06:57:04 -05'00'

APPROVED:
             CHIEF JUDGE
             U. S. DISTRICT COURT